# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FRANCIS KNIZE** and **MICHAEL WATERS,**
Appellants,

v.

**MARKS GROUP, NETZERO, RIO INDIO FARMS, FLUIDIC SCIENCES, ET AL.,**
Appellees.

No. 4D22-167

[January 26, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerald Joseph Curley, Judge; L.T. Case No. 502015CA004140.

Francis Knize, Coral Springs, pro se.

Louis V. Martinez of Law Offices of Louis V. Martinez, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***